[S. F. No. 15221. In Bank.—May 27, 1935.]

THE ISLAIS COMPANY, LTD. (a Corporation), Petitioner, v. DUNCAN MATHESON, as City and County Treasurer, etc., Respondent.

Leo J. McEnerney and McEnerney, Morris, Gillen & McEnerney for Petitioner.

John J. O'Toole, City Attorney, Henry Heidelberg, Assistant City Attorney, Allen G. Wright and Wright & Wright & Larson for Respondent.

Orrick, Palmer & Dahlquist, as *Amici Curiae* on Behalf of Respondent.

THE COURT.— Upon the authority of the decision in *The Islais Company, Ltd.,* v. *Matheson* (S. F. No. 15216), *ante,* p. 657 [45 Pac. (2d) 326], this day filed, the peremptory writ is denied.

Rehearing denied.

Seawell, J., and Preston, J., voted for a rehearing.